UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY SMITH,<br><br>              Plaintiff,<br><br>vs.<br><br>BLUESTEM BRANDS, INC. d/b/a FINGERHUT,<br><br>              Defendant. | Civil Action No. 3:15-cv-01764<br><br>Hon. A. Richard Caputo<br>U.S. District Judge |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Larry Smith ("Plaintiff") and Defendant Bluestem Brands, Inc. d/b/a Fingerhut, ("Defendant"), hereby stipulate to the dismissal of all claims asserted in the above-captioned action with prejudice. Each party shall bear its own costs, attorney' fees and expenses.

Respectfully submitted,

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Pa. Id. No. 57100
KIMMEL & SILVERMAN, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
kimmel@creditlaw.com

*Attorneys for Plaintiff*

/s/ Laura A. Lange*
Laura A. Lange
Pa. Id. No. 310733
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6000
(412) 667-6050 (fax)
llange@mcguirewoods.com
* with permission

*Attorneys for Defendant Bluestem Brands, Inc.*

SO ORDERED:

_____ 12/7/16
A. Richard Caputo
United States District Judge